TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0786 CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This Document relates to:<br><br>BARBARA ONSTEAD<br>Individual Case No. 06-0786 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0786 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff BARBARA ONSTEAD originally filed in the Northern District of California, Case Number 06-0786, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's
2  claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their
3  own costs.

4  DATED: September 21, 2006         TUCKER ELLIS & WEST LLP

                                    By:   /s/ Peter E. Schnaitman
                                          Michael C. Zellers
                                          Michael.zellers@tuckerellis.com
                                          Peter E. Schnaitman
                                          Peter.schnaitman@tuckerellis.com
                                          Aggie B. Lee
                                          Aggie.lee@tuckerellis.com
                                          1000 Wilshire Blvd., Suite 1800
                                          Los Angeles, CA 90017
                                          Telephone: (213) 430-3400
                                          Facsimile: (213) 430-3409

                                          Attorneys for Defendants
                                          PFIZER INC., PHARMACIA
                                          CORPORATION, and
                                          MONSANTO COMPANY (the
                                          Monsanto Company now known
                                          as Pharmacia Corporation)

16 DATED: September 20, 2006         ALEXANDER, HAWES & AUDET LLP

                                    By:   /s/ Adel A. Nadji
                                          William M. Audet
                                          Joshua C. Ezrin
                                          221 Main Street, Suite 1460
                                          San Francisco, CA 94105
                                          Telephone: (415) 982-1776
                                          Facsimile: (415) 576-1776

                                          Michael E. Schmidt
                                          THE SCHMIDT FIRM
                                          2911 Turtle Creek Blvd.,
                                          Suite 1400
                                          Dallas, TX 75219
                                          Telephone: (214) 521-4898
                                          Facsimile: (214) 521-9995

                                          Attorneys for Plaintiff
                                          Barbara Onstead

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00181 / 578448 / 1 /

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: _September 22, 2006_

   _____
   HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00181 / 578448 / 1 /